IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

A. G., A CHILD,                          NOT FINAL UNTIL TIME EXPIRES TO
                                         FILE MOTION FOR REHEARING AND
        Appellant,                       DISPOSITION THEREOF IF FILED

v.                                       CASE NO. 1D16-1975

STATE OF FLORIDA,

        Appellee.


_____/

Opinion filed December 1, 2016.

An appeal from the Circuit Court for Duval County.
Henry E. Davis, Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.